RECEIVED
In This Office

FEB 03 2022

CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
132 CB

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF NORTH CAROLINA** | **Case No.** 1:21-CV-705 |

Name of Plaintiff(s):

TONI BLANTON

**VERSUS**

Name of Defendant(s):

SUN LIFE ASSURANCE COMPANY OF
CANADA, ET AL.

Mediator Name: CALVIN B. BENNETT III

Telephone No: 919.844.3989

E-Mail Address: CAL@BENNETT-LAW.COM

**REPORT**

**OF**

**MEDIATOR**

*(For Placement on the*
*CM/ECF Docket)*

☐ This is an **Interim Report**. A final report is to be
filed after resumption of the mediation

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on 1/13/22 - 1/20/22 (FINAL RELEASE) _____ (date)

☐ was NOT held because _____

2. **Attendance**

☒ No objection was made on the grounds that any required attendee was absent.

☐ Objection was made by _____

3. **Outcome**

☒ Complete settlement of the case

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (*i.e.*, mediation to be resumed at a later date)

☐ Impasse

☐ Additional Information: _____

4. **Settlement Filings.**

(a) The document(s) to be filed to effect the settlement are _____

    VOLUNTARY DISMISSAL WITH PREJUDICE

(b) The person responsible for filing the document(s) is PLAINTIFF'S COUNSEL

(c) The agreed deadline for filing the document(s) is 30 DAYS FROM FINAL RELEASE

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W.
Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been
submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after ~~conclusion of the conference.~~ RECEIPT OF RELEASE.

_____    1/31/22
Mediator Signature              Date