**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| TONI BLANTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUN LIFE ASSURANCE COMPANY | ) | **Case No.:1:21-cv-705-WO-JEP** |
| OF CANADA, EMPLOYEE GROUP | ) | |
| BENEFITS PLAN OF THE NATURE | ) | |
| CONSERVANCY and THE NATURE | ) | |
| CONSERVANCY, | ) | |
| | | |
| Defendants. | | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff, Toni Blanton, by counsel, and Defendants, Sun Life Assurance Company of Canada, Employee Group Benefits Plan of the Nature Conservancy and The Nature Conservancy, by counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| TAIBI LAW GROUP, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| /s/ Anthony D. Taibi | /s/ Mark E. Schmidtke |
| Anthony D. Taibi, Bar # 23700 | Mark E. Schmidtke, admitted *pro hac vice* |
| 3710 University Dr., Ste. 110 | 56 S. Washington St., Suite 302 |
| Durham, NC 27707 | Valparaiso, IN 46383 |
| Phone: 919-916-6000 | Phone: 219-242-8668 |
| Fax: 919-289-5300 | Fax: 219-242-8669 |
| taibi@tlgnc.com | mark.schmidtke@ogletree.com |

1

*Attorneys for Plaintiff*

Michael B. Cohen, NC Bar # 50629
8529 Six Forks Rd.
Forum IV, Suite 600
Raleigh, NC 27615
Phone: 919-233-4693
Fax: 919-783-9412
Michael.cohen@ogletree.com

*Attorneys for Defendants*

50228033.v1-OGLETREE